1  BORIS FELDMAN, State Bar No. 128838
   CAZ HASHEMI, State Bar No. 210239
2  KATHERINE L. HENDERSON, State Bar No. 242676
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100

6  Attorneys for Defendants
   Taleo Corporation, Michael Gregoire, Katy
7  Murray, and Divesh Sisodraker

8  
                 UNITED STATES DISTRICT COURT
9  
                 NORTHERN DISTRICT OF CALIFORNIA
10 
                      SAN FRANCISCO DIVISION
11 

12                                          ) CASE NO.: CV 09-0151 JSW
13                                          )
                                            ) **STIPULATION AND [PROPOSED]**
14 IN RE TALEO CORPORATION                  ) **ORDER SETTING SCHEDULE FOR**
   SECURITIES LITIGATION                    ) **FILING AMENDED COMPLAINT,**
15                                          ) **DEFENDANTS' RESPONSES**
                                            ) **THERETO, AND EXTENDING**
16                                          ) **TIME FOR CMC**
                                            )
17                                          ) AS MODIFIED HEREIN
                                            )
18                                          )
                                            )
19 

STIPULATION RE: FILING AMENDED
COMPLAINT
CASE NO. CV 09-0151 JSW

WHEREAS, the complaint in this action was filed on January 13, 2009;

WHEREAS, this Court appointed Lead Plaintiff in this matter on February 9, 2009;

WHEREAS, Lead Plaintiff has not yet filed an amended complaint;

WHEREAS, Defendant Taleo Corporation intends to file a restatement of its financial results with the Securities and Exchange Commission;

WHEREAS, Lead Plaintiff intends to file an amended complaint after Defendant Taleo Corporation files its restatement;

WHEREAS, the undersigned parties wish to avoid burdening the Court with unnecessary motion practice;

WHEREAS, a case management conference is currently scheduled for April 24, 2009;

WHEREAS, based upon the above, the parties agree that the case management conference should be extended;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, as follows:

1. Lead Plaintiff will file an amended complaint within 30 days after Defendant Taleo Corporation files its restatement with the Securities Exchange Commission;

2. Defendants need not respond to the original complaint;

3. Defendants will respond to the amended complaint within 45 days after Lead Plaintiff files the amended complaint;

4. If Defendants' response is a motion to dismiss, Lead Plaintiff's opposition will be due 45 days after the motion to dismiss is filed and Defendant's reply will be due 30 days after that.

5. The case management conference is extended to September 11, 2009.

6. Any hearing on a motion to dismiss will be noticed for three weeks after Defendant's reply is due.

///

STIPULATION RE: FILING AMENDED
COMPLAINT
CASE NO. CV 09-0151 JSW

| | | |
|---|---|---|
| 1 | Dated: April 1, 2009 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 2 | | |
| 3 | | By: _____/s/_____<br>Katherine L. Henderson |
| 4 | | Wilson Sonsini Goodrich & Rosati |
| 5 | | 650 Page Mill Road<br>Palo Alto, CA 94304-1050 |
| 6 | | Telephone: 650.493.9300<br>Facsimile: 650.565.5100 |
| 7 | | |
| 8 | | Attorneys for Defendants<br>TALEO CORPORATION, MICHAEL<br>GREGOIRE, KATY MURRAY, AND DIVESH |
| 9 | | SISODRAKER |
| 10 | Dated: April 1, 2009 | LABATON SUCHAROW LLP |
| 11 | | By: _____/s/_____ |
| 12 | | Joel H. Bernstein |
| 13 | | |
| 14 | | Labaton Sucharow, LLP |
| 15 | | 140 Broadway<br>New York, NY 10005 |
| 16 | | 212-907-0700 |
| 17 | | Attorneys for Lead Plaintiff Greater Pennsylvania<br>Carpenters' Pension Fund |

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. as modified herein.

Dated: April 2, 2009

*/s/ Jeffrey S. White*
Hon. Jeffrey S. White
United States District Judge

STIPULATION RE: FILING AMENDED COMPLAINT
CASE NO. CV 09-0151 JSW
-4-
4655690_2.DOC