BORIS FELDMAN, State Bar No. 128838
CAZ HASHEMI, State Bar No. 210239
KATHERINE L. HENDERSON, State Bar No. 242676
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
Taleo Corporation, Michael Gregoire, Katy Murray, and Divesh Sisodraker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TALEO CORPORATION SECURITIES LITIGATION | CASE NO.: CV 09-0151 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR FILING AMENDED COMPLAINT, DEFENDANTS' RESPONSES THERETO, AND EXTENDING TIME FOR CMC** |

STIPULATION AND [PROPOSED] ORDER
RE: FILING AMENDED COMPLAINT
CASE NO. CV 09-0151 JSW

1   WHEREAS, the complaint in this action was filed on January 13, 2009;

2   WHEREAS, this Court appointed Lead Plaintiff in this matter on February 9, 2009;

3   WHEREAS, Lead Plaintiff has not yet filed an amended complaint;

4   WHEREAS, Defendant Taleo Corporation filed a restatement of its financial results with

5   the Securities and Exchange Commission on April 30, 2009;

6   WHEREAS, Lead Plaintiff's amended complaint is currently due June 1, 2009;

7   WHEREAS, the undersigned parties wish to avoid burdening the Court with unnecessary

8   motion practice;

9   WHEREAS, a case management conference is currently scheduled for September 11,

10  2009;

11  WHEREAS, based upon the above, the parties agree that the briefing schedule and case

12  management conference should be extended;

13  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

14  subject to approval of the Court, as follows:

15  1.   Lead Plaintiff will file an amended complaint on or before June 15, 2009;

16  2.   Defendants will respond to the amended complaint on or before July 31, 2009;

17  4.   If Defendants' response is a motion to dismiss, Lead Plaintiff's opposition will be

18  due on or before September 15, 2009, and Defendant's reply will be due on or before October

19  15, 2009.

20  5.   The case management conference is extended to October 30, 2009.

21  A case management statement shall be due on October 23, 2009. If,
    however, Defendants file a motion to dismiss, the case management
22  conference shall be vacated, and the motion shall be heard on Friday,
    November 13, 2009 at 9:00 a.m. The case management conference
23  shall be reset after resolution of the motion to dismiss.

24

25

26

27

28  / / /

STIPULATION AND [PROPOSED] ORDER          1                                    3685321_1.DOC
RE: FILING AMENDED COMPLAINT
CASE NO. CV 09-0151 JSW

1  Dated: May 26, 2009                WILSON SONSINI GOODRICH & ROSATI
                                      Professional Corporation
2
                                      By:　　　　/s/
3                                         Katherine L. Henderson

4                                     Wilson Sonsini Goodrich & Rosati
                                      650 Page Mill Road
5                                     Palo Alto, CA 94304-1050
                                      Telephone: 650.493.9300
6                                     Facsimile: 650.565.5100

7
                                      Attorneys for Defendants
8                                     TALEO CORPORATION, MICHAEL
                                      GREGOIRE, KATY MURRAY, AND DIVESH
9                                     SISODRAKER

10 Dated: May 26, 2009                LABATON SUCHAROW LLP

11                                    By:　　　　/s/
                                          Craig Martin
12

13                                    Labaton Sucharow, LLP
                                      140 Broadway
14                                    New York, NY 10005
                                      212-907-0700
15
                                      Attorneys for Lead Plaintiff Greater Pennsylvania
16                                    Carpenters' Pension Fund

17

18                                  **ORDER**

19      PURSUANT TO STIPULATION, IT IS SO ORDERED. as modified herein.

20
21  Dated: May 27, 2009                _____
                                       Hon. Jeffrey S. White
22                                     United States District Judge

23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER          2                        3685321_1.DOC
RE: FILING AMENDED COMPLAINT
CASE NO. CV 09-0151 JSW