1  BORIS FELDMAN, State Bar No. 128838 (boris.feldman@wsgr.com)
   CAZ HASHEMI, State Bar No. 210239 (chashemi@wsgr.com)
2  CHERYL W. FOUNG, State Bar No. 108868 (cfoung@wsgr.com)
   BRIAN DANITZ, State Bar No. 247403 (bdanitz@wsgr.com)
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6
   Attorneys for Defendants
7  TALEO CORPORATION, MICHAEL
   GREGOIRE, KATY MURRAY, and DIVESH
8  SISODRAKER

9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13                                              )    Case No.: 09-CV-151 JSW
                                                )
14  IN RE TALEO CORPORATION SECURITIES          )    **CLASS ACTION**
    LITIGATION                                  )
15                                              )    **STIPULATION AND [PROPOSED]**
                                                )    **ORDER TO EXTEND PAGE**
16                                              )    **LIMITS RE BRIEFING ON**
                                                )    **MOTION TO DISMISS**
17                                              )
                                                )
18                                              )
                                                )
19  _____ )

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER TO EXTEND                                    3732207_1.DOC
PAGE LIMITS RE BRIEFING ON MOTION TO DISMISS
CASE NO. CV-09-151-JSW

1  WHEREAS, on June 15, 2009, plaintiff filed an Amended Complaint for Violations of Federal Securities Laws (the "Amended Complaint") in the above-entitled matter;

2  WHEREAS, pursuant to the Court's May 27, 2009 order, defendants' Taleo Corporation, Michael Gregoire, Katy Murray, and Divesh Sisodraker (collectively, "Defendants") motion to dismiss is currently due July 31, 2009, plaintiff's opposition to the motion to dismiss is currently due September 15, 2009, and Defendants' reply in support of Defendants' motion to dismiss is currently due October 15, 2009;

3  WHEREAS, given the anticipated complex nature of the motion to dismiss the Amended Complaint under the Private Securities Litigation Reform Act, it is appropriate to follow Local Rules 7-2(b), 7-3(a), 7-3(c), and 7-4(b) concerning page limitations, rather than this Court's Standing Order which limits opening, opposition, and reply briefs to 15 pages;

4  WHEREAS, the parties hereby seek an extension to the page limits applicable under this Court's standing order; and

5  WHEREAS, pursuant to the Local Rules, Defendants' memorandum in support of their motion to dismiss would not exceed 25 pages, plaintiff's opposition to the motion to dismiss would not exceed 25 pages, and Defendants' reply memorandum would not exceed 15 pages.

6  THEREFORE, for the reasons described above, Defendants respectfully request that the Court allow the parties the additional pages provided under Local Rules 7-2(b), 7-3(a), 7-3(c), and 7-4(b).

STIPULATION & [PROPOSED] ORDER TO EXTEND PAGE LIMITS RE BRIEFING ON MOTION TO DISMISS
CASE NO. CV-09-151-JSW
-1-
3732207_1.DOC

| | | |
|---|---|---|
| 1 | Dated: July 15, 2009 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 2 | | |
| 3 | | |
| 4 | | By:  /s/Brian Danitz<br>       Brian Danitz |
| 5 | | Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: 650.493.9300<br>Facsimile: 650.565.5100 |
| 6 | | |
| 7 | | |
| 8 | | Attorneys for Defendants<br>TALEO CORPORATION, MICHAEL GREGOIRE, KATY MURRAY, AND DIVESH SISODRAKER |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | Dated: July 15, 2009 | LABATON SUCHAROW LLP |
| 13 | | |
| 14 | | By: /s/Craig Martin<br>     Craig Martin |
| 15 | | |
| 16 | | Labaton Sucharow, LLP<br>140 Broadway<br>New York, NY 10005<br>212-907-0700<br>Attorneys for Lead Plaintiff<br>Greater Pennsylvania Carpenters' Pension Fund |
| 17 | | |
| 18 | | |
| 19 | | |

**[PROPOSED] ORDER**

Defendants' motion to dismiss due July 31, 2009, shall not exceed 25 pages, plaintiff's opposition to the motion to dismiss due September 15, 2009, shall not exceed 25 pages, and Defendants' reply in support of Defendants' motion to dismiss, due October 15, 2009, shall not exceed 15 pages. Pursuant to this Court's prior order, the hearing on the motion shall be on November 13, 2009 at 9:00 a.m., and the case management conference set for October 30, 2009 shall be VACATED.

Dated: July 16, 2009

_/s/ Jeffrey S. White_
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIPULATION & [PROPOSED] ORDER TO EXTEND     -2-      3732207_1.DOC
PAGE LIMITS RE BRIEFING ON MOTION TO DISMISS
CASE NO. CV-09-151-JSW