IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TALEO CORPORATION SECURITIES LITIGATION | No. 09-00151 JSW |
| | **ORDER VACATING HEARING** |
| _____/ | |

This matter is set for hearing on November 13, 2009, for consideration of Defendants' Motion to Dismiss. The Court finds the matter suitable for disposition without oral argument and VACATES the hearing date. *See* N.D. Civ. L.R. 7-1(b). The matter is under submission, and the Court shall issue an Order in due course.

**IT IS SO ORDERED.**

Dated: November 12, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE