IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TALEO CORPORATION SECURITIES LITIGATION | No. 09-00151 JSW<br><br>**ORDER DISMISSING ACTION** |

_____/

On February 17, 2010, this Court granted Defendants' motion to dismiss and granted Plaintiff until March 12, 2010 to file a second amended complaint. On March 15, 2010, Defendants filed a notice of non-filing of second amended complaint and represented that they had been advised by Plaintiff that it would not file a second amended complaint.

Accordingly, because Plaintiff has chosen not to file an amended complaint, for the reasons set forth in the Court's Order of February 17, 2010, this matter is HEREBY DISMISSED, and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 15, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE