United States District Court
For the Northern District of California

1
2
3
4
5
6                   IN THE UNITED STATES DISTRICT COURT
7
8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    IN RE TALEO CORPORATION                    No. 09-00151 JSW
     SECURITIES LITIGATION
10                                              **JUDGMENT**
11
12
13   _____/
14        For the reasons set forth in the Court's Order dated February 17, 2010 Granting
15   Defendants' Motion to Dismiss Amended Class Action Complaint and Granting Plaintiff Leave
16   to Amend, and in light of Plaintiff's failure to file a second amended complaint, Judgment is
17   HEREBY ENTERED in favor of Defendants and against Plaintiff.
18        **IT IS SO ORDERED.**
19   Dated: March 15, 2010                    _____
20                                            JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
27
28